JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANARA TAING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOGAN INDUSTRY, LLC, a California limited liability company; LOGAN CONTENT, LLC, a California limited liability company; TDK DOCUMENTARY, LLC, a California limited liability company; SCOTT FREE PRODUCTIONS, INC., a California corporation; GREENWICH ENTERTAINMENT, LLC, a New York limited liability company; HULU, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware limited liability company; APPLE, INC., a California corporation; and, DOES 1-10,<br><br>Defendants. | Case No.: CV 21-9229-MWF (RAOx)<br><br>**ORDER** |

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>IT IS SO ORDERED.</u>

Dated: May 23, 2022    _____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE